COLUMBIA TRUST COMPANY, Respondent, *v.* NORSKE LLOYD INSURANCE COMPANY, LTD., Appellant.

*Insurance — action on valued policy of marine insurance — defense that title to vessel had been transferred without consent of insurer.*

*Columbia Trust Co.* v. *Norske Lloyd Ins. Co., Ltd.,* 186 App. Div. 897, affirmed.

(Argued May 4, 1920; decided June 1, 1920.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 29, 1918, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover upon a valued policy of marine insurance. The defense was that the vessel insured had, prior to its loss, been sold and transferred without the consent of the underwriters as required by the policy; that the plaintiff's assignor collected $80,000 at the time of the making of the contract for the sale of the vessel and has since collected $38,500 from insurers other than this defendant, making in all $118,500; that the steamship was valued in the policy issued by this defendant at $90,000, and this valuation is conclusive between the parties.

*Ira L. Anderson* and *Wendell P. Barker* for appellant.
*Dean Emery* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ.